UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2055
(1:20-cv-02419-ELH)
_____

THE CORDISH COMPANIES, INC.

    Plaintiff - Appellant

v.

AFFILIATED FM INSURANCE COMPANY

    Defendant - Appellee

------------------------------

UNITED POLICYHOLDERS

    Amicus Supporting Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc and motion for stay of mandate. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn and Judge Quattlebaum acting as a quorum pursuant to 28 U.S.C. § 46(d).

                For the Court

                /s/ Patricia S. Connor, Clerk